■ EUGENE PETRACCA, Appellant, v JEFFREY NOTARBARTOLO, as Referee, Respondent.—Order and judgment (one paper) of

the Supreme Court, Nassau County, entered January 21, 1986, affirmed, with costs, for reasons stated by Justice Kutner at the Supreme Court, Nassau County. Thompson, J. P., Niehoff, Eiber and Spatt, JJ., concur.